IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE:   ASBESTOS LITIGATION | § | |
| | § | No.   629, 2018 |
| LARISSA NAIM and AMANDA | § | |
| STEWART, individually and as | § | |
| Independent Executrixes of the Estates | § | Court Below: Superior Court |
| of ROBERT DALE STEWART and | § | of the State of Delaware |
| BARBARA JEANETTE STEWART, | § | |
| deceased, | § | C.A. No.   N16C-03-281 |
| | § | |
| Plaintiffs Below, | § | |
| Appellants, | § | |
| | § | |
| v. | § | |
| | § | |
| UNION CARBIDE CORPORTION, | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted:   August 14, 2019
Decided:   September 26, 2019

Before **STRINE**, Chief Justice; **VAUGHN**, and **TRAYNOR**, Justices.

# **O R D E R**

This 26th day of September 2019, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its bench rulings dated November 27 and November 28, 2018.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/   James T. Vaughn, Jr.
Justice